1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CAROLINE BIRK,                              No.  2:15-cv-00446-KJM-CMK

12                 Plaintiffs,

13        v.                                     ORDER

14   ROYAL CROWN BANCORP, INC.,
     et al.,
15
                  Defendants.
16

17

18              On June 10, 2015, plaintiff, proceeding pro se, filed a motion for a temporary

19   restraining order (TRO).  (ECF No. 3.)  It appears plaintiff seeks an order staying a writ of

20   possession issued by a state court that becomes effective on June 11, 2015.  (*Id.* at 2.)  She seeks a

21   stay, so that she can pursue her state law claims "in the state unlawful detainer action."  (*Id.* at 9.)

22   "Under the *Rooker–Feldman* doctrine, however, federal courts lack jurisdiction to review the

23   propriety of state court rulings, including a writ of possession rendered during the course of a

24   state court unlawful detainer proceeding."  *Tucker v. Fed. Nat. Mortgage Ass'n*, No. 13-01874,

25   2013 WL 5159730, at *1 (E.D. Cal. Sept. 12, 2013) (collecting cases); *see also Drawsand v. F.F.*

26   *Properties, L.L.P.*, 866 F. Supp. 2d 1110, 1123 (N.D. Cal. 2011) ("To the extent that [the

27   plaintiff] is attempting to challenge the adverse ruling in the [unlawful detainer] action, such

28   claim is barred under the *Rooker–Feldman* doctrine.").

                                            1

1   Accordingly, the court DENIES plaintiff's motion.

2   IT IS SO ORDERED.

3   DATED:  June 10, 2015.

4

5   _____

6   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2